IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No. 13-cr-00304-RM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.     TORIAN McMILLIAN,

     Defendant.

___

## ORDER SETTING TRIAL DATES AND DEADLINES
___

This matter has been scheduled for a **three-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **October 15, 2013 at 9:00 a.m.** It is

ORDERED THAT all pretrial motions shall be filed by **September 3, 2013** and responses to these motions shall be filed by **September 10, 2013**. It is further

ORDERED that a Trial Preparation Conference is set for **October 7, 2013 at 1:00 p.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)     jury selection;

    2)     sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED: August 20, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge